## CARROLL *v.* THE STATE.

LEWIS, J. 1. There was no error in overruling a ground of a motion for new trial, based upon newly discovered evidence, when the sole and unsupported witness who made affidavit to such newly discovered facts was successfully impeached by a number of witnesses, disproving the facts she testified to, testifying to statements made by her contradictory of the facts alleged in her affidavit, and showing that she was unworthy of any credit whatever, on account of general bad character. *Keller* v. *State,* 102 *Ga.* 507, 515; *Atlanta Cons. St. Ry. Co.* v. *McIntire,* 103 *Ga.* 568; *O'Neil* v. *State,* 104 *Ga.* 538.

2. There was sufficient evidence on the trial of the case to sustain the verdict of the jury finding the defendant guilty of murder.

*Judgment affirmed. All the Justices concurring.*

Argued June 19, — Decided July 19, 1899.

Indictment for murder. Before Judge Candler. Fulton superior court. March term, 1899.

*William Schley Howard* and *Brutus J. Clay,* for plaintiff in error. *J. M. Terrell, attorney-general,* and *C. D. Hill, solicitor-general,* contra.